# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-702-CAS(JCGx) | | Date | March 21, 2011 |
|---|---|---|---|---|
| Title | *LOUIS HOBAICA; ET AL. v. FIRST AMERICAN TITLE INSURANCE COMPANY; ET AL.* | | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **Plaintiff's attorney, Glenn H. Haese**, show cause in writing not later than **April 22, 2011,** why he had failed to attach Certificates of Good Standing issued within a 30 day period of when he filed his Application of Non-Resident Attorney to Appear in A Specific Case on March 11, 2011, and why this Court should not rescind its March 17, 2011 order granting Glenn H. Haese to appear on behalf of plaintiffs.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff's counsel, Glenn H. Haese, is advised that the Court will consider the following:

**1)**   *Certificates of Good Standing issued within 30 days of this minute order*

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | CMJ |