## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL        'O'

| Case No. | CV 11-702 CAS (JCGx) | Date | December 27, 2012 |
|---|---|---|---|
| Title | LOUIS HOBAICA, ET AL. V. SEYPET RESORTS, LLC, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants

Not present                                    Not present

**Proceedings:**         **(In Chambers:)** DEFENDANT'S MOTION TO ENFORCE
SETTLEMENT AGREEMENT (Docket #299, filed December 4, 2012)

  The Court finds this motion appropriate for decision without oral argument.  Fed. R. Civ. P. 78; Local Rule 7-15.  Accordingly, the hearing date of January 7, 2013 is vacated, and the matter is hereby taken under submission.

  On December 4, 2012, defendant Sey Pet Resorts, LLC filed a motion to enforce an alleged settlement agreement, seeking to dismiss with prejudice the claims against it and related business entities.  In light of the Court's December 17, 2012 order dismissing this action with prejudice, this motion is hereby DENIED AS MOOT.

  IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |